[No. 72765-6-I.   Division One.   March 16, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS EUGENE RINEHART, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 13-1-00790-5, Marilyn K. Haan, J., entered September 10, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Becker and Trickey, JJ.

[No. 72832-6-I.   Division One.   March 16, 2015.]

TONYA HEDGES, *Respondent*, v. AMERICAN FAMILY INSURANCE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-2-00590-1, Robert A. Lewis, J., entered October 25, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Verellen, A.C.J., concurred in by Becker and Leach, JJ.

[No. 44708-8-II.   Division Two.   March 17, 2015.]

MARK DOYLE ET AL., *Respondents*, v. JAMES GOUGHNOUR, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 10-2-01361-6, Gordon Godfrey, J., entered January 22, 2013. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Lee, J., concurred in by Johanson, C.J., and Maxa, J.

[No. 45133-6-II.   Division Two.   March 17, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JOSEPH SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 13-1-00766-5, Scott A. Collier, J., entered July 17, 2013. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Johanson, C.J., and Maxa, J.